1
2
3
4
5       **UNITED STATES DISTRICT COURT**
6       **NORTHERN DISTRICT OF CALIFORNIA**
7

8   **BARBARA ANDERSEN,**         CASE NO. 21-cv-8244-YGR
9        Plaintiff,
                   **ORDER TO SHOW CAUSE WHY CASE**
10      vs.                       **SHOULD NOT BE TRANSFERRED**
11   **GREGORY A. THOMPSON, ET AL.,**
12        Defendants.

13     Pro se Plaintiff Barbara Andersen originally filed this action against defendants Google,

14 LLC and Gregory A. Thompson alleging violations of Section 501 of the Copyright Act and

15 privacy state laws based on Mr. Thompson's copying and use of plaintiff's Youtube videos from

16 her Youtube channel. (*See* Dkt. No. 1.) On January 28, 2022, plaintiff and Google filed a joint

17 request to dismiss Google as a defendant. (Dkt. No. 26.) The Court granted the request and

18 dismissed Google from the case on February 3, 2022. (Dkt. No. 27.)

19     After a review of the docket, the Court questions whether this matter should remain in this

20 district given Google's dismissal.  Pursuant to 28 U.S.C. § 1404, "for the convenience of parties

21 and witnesses, in the interest of justice, a district court may transfer any civil action to any other

22 district or division where it might have been brought." Based on the allegations in the complaint,

23 plaintiff is a resident of Sante Fe, New Mexico (*id*. at ¶ 1), and Mr. Thompson is a resident of

24 Painesville, Lake County, Ohio (*id*. at ¶ 34). Given Mr. Thompson's residency in Ohio, it appears

25 that this matter could have also been brought in the Northern District of Ohio.  While the Court

26 understands that the action was initially brought in this district due to Google having its principal

27 place of business here, (*id*. at ¶ 11), given that Google is no longer a party, the Court is

28 considering transferring this case to the Northern District of Ohio. Thus, plaintiff is ordered to file

*United States District Court Northern District of California*

a statement explaining why this case should not be transferred to the United States District Court for the Northern District of Ohio within seven (7) days from the date of this order. Failure to do so will result in the court automatically transferring the case.

**IT IS SO ORDERED.**

Dated: March 31, 2022

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2