## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| BARBARA ANDERSEN, | ) | CASE NO. 1: 22 CV 627 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING REPORT |
| | ) | AND RECOMMENDATION |
| GREGORY A. THOMPSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Thomas M. Parker. (ECF #81) Plaintiff, Barbara Andersen has moved to voluntarily dismiss two of the Defendants, Frank Beier and Jeffrey Street. (ECF #72) Magistrate Judge Parker, noting that neither defendant had entered an appearance on the record or would be prejudiced if they are removed from the case, recommended that Plaintiff's Motion to Dismiss these defendants be granted. No objection to the Report and Recommendation has been filed.

### Standard of Review

The applicable standard of review of a magistrate judge's report and recommendation depends upon whether objections were made to that report. When objections are made to a report and recommendation of a magistrate judge, the district court reviews the case *de novo*. FED R. CIV. P. 72(b)(3). When no timely objection is filed, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's notes (citations omitted). See also, *Thomas v. Arn*, 474 U.S. 140, 150 (1985)("It does not appear that Congress intended to require district court review of magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party

objects to these findings.")

The Court has carefully reviewed the Report and Recommendation and agrees with the findings set forth therein. The Report and Recommendation of Magistrate Judge Parker (ECF #81) is ADOPTED. Plaintiff's Motion to Dismiss Defendants Frank Beier and Jeffrey Street (ECF #72) is granted. Defendants Frank Beier and Jeffrey Street are dismissed without prejudice.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: November 2, 2022