IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BARBARA ANDERSEN, | ) | CASE NO. 1:22 CV 627 |
| Plaintiff, | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| | ) | Magistrate Judge Thomas M. Parker |
| GREGORY THOMPSON, *et al.*, | ) | **JUDGMENT** |
| Defendants. | ) | |

The Report and Recommendation issued by Magistrate Judge Parker (Docket #119) is hereby ADOPTED in its entirety.

Ms. Andersen's Amended Complaint (Docket #69) is hereby DISMISSED for failure to state a claim.  Ms. Andersen's Motion for Default Judgment (Docket #95) is hereby DENIED AS MOOT.  Ms. Andersen is hereby sanctioned for her conduct during this litigation, and ordered to pay Defendant, Gregory Thompson, $500.00.

This case is hereby TERMINATED.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: August 16, 2023