IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OE OHIO EASTERN DIVISION

BARBARA ANDERSEN,

Plaintiff,

V.

GREGORY THOMPSON, et aL,

Defendants.

1:22-CV-00627

FILED
JAN 0 3 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## Motion For Default On Barbara Andersen Sanctions

My correspondence is to request monetary relief be awarded to me by Plaintiff Barbara Andersen (Andersen v Thompson case No. 1:22-CV-00627).

Barbara Andersen has failed to pay sanctions from dockets #123 & #119 on 8/16/2023. She has been emailed and continues to fail to pay the sanctions in this case, and also went on YouTube stating she will not pay and defying the court sanctions. Greg Thompson paid his sanctions when the judge told him to pay, as he respected the judges decision and paid her. Mr. Thompson now ask for everything below this paragraph due to Andersen doing this out of bad faith and wasting the courts time for over 2 years now!

For the past two years Andersen has made it her goal to harm me, both personally and professionally, to satisfy her unrelated agenda. Andersen's wanton and willful conduct towards me displayed her intent to gain financial rewards and public notoriety related to the Forrest Fenn treasure hunt. In her unconscionable attempt, Andersen targeted me as a way to abuse the courts for the sole purpose of gaining the attention of her "solution" for said treasure hunt, which she solely declares herself as the "solver."

Andersen's initial complaint of "copyright infringement" has never been adequately supported, and the transparency of Anderson's underlying agenda is clear and has nothing to do with her original and amended complaints.

Andersen has boasted, both publicly and privately, that she is a "twenty-four-year litigation attorney in good standing." Andersen continues to use her law degree to intimidate and threaten anyone who stands up for their protected rights. Andersen's self-aggrandizing behavior has deliberately used the judicial system in bad faith. Andersen has vexatiously exercised her knowledge of the law to cause me, a lay- person, intentional harm. To date, Andersen continues to harass me via her YouTube channel and sending demeaning, threatening, and harassing emails. The result of Andersen's actions taken against me have caused the following loss and damages:

- Irreversible damage to my personal and professional reputation.

- Loss of compensation from my YouTube channel "Treasure Seekers Brutal Truth" LLC
    - Andersen's actions resulted in the demonetization of the channel resulting in $200-$500 per month; $4,800 - $12,000 for the past 24 months alone.

- Dissolution of a co-habitational romantic relationship

- Moving expenses resulting from said dissolution.

- Physical and mental distress.

- Loss of wages (time away from work) due to hours spent addressing her frivolous complaints and responses, as well as time spent in court.

- Travel expenses to and from the courthouse.

- Subsequent court fees

I am seeking five thousand dollars and zero cents ($5,000.00) for expenses, and seventy thousand dollars and zero cents ($70,000.00) for punitive damages to be awarded to me by plaintiff Barbara Andersen. Additionally, Andersen's willful misconduct as a "twenty-four-year litigation attorney" is egregious and shows blatant disrespect for our Judiciary. I am requesting the recommendations by Honorable Magistrate Judge Parker be granted, for permanent sanctions against Andersen for her vexatious abuse of the judicial system.

Thank you for your consideration in this matter.

Respectfully submitted,

Gregory A. Thompson
Defendant

Birdieblocker@gmail.com
Greg Thompson and Treasure Seekers Brutal Truth LLC
P.O. Box 375
Berea, Ohio 44017

### CERTIFICATE OF SERVICE

I, Gregory A Thompson, hereby certify that I caused a true and correct copy of the attached

# Motion For Default On Barbara Andersen Sanctions

to be served upon the following parties this on January 3rd, 2024 via e-mail

Barbara Andersen
3201 Zafarano, Suite C
Box 259
Santa Fe, NM 87507
barbandersen323@yahoo.com

_/s/ Gregory A Thompson